UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>LEISY BAEZ ZAPATA,<br><br>Defendant. | Criminal No. 1:19-cr-10316-LTS |

## GOVERNMENT'S SENTENCING MEMORANDUM

On August 28, 2019, a federal grand jury returned an indictment charging defendant Leisy Baez Zapata with conspiracy to distribute and possess with intent to distribute 400 grams or more of fentanyl, in violation of 21 U.S.C. § 846 (Count 1), and distribution of and possession with intent to distribute 400 grams or more of fentanyl and aiding and abetting, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(vi), and 18 U.S.C. § 2 (Count 3).[1]  There is no written plea agreement in this case.

The Final Pre-sentence Report ("PSR") prepared by the United States Probation Office ("Probation"), dated September 21, 2021, concluded that the defendant's advisory guideline sentencing range ("GSR") was 46-57 months, based on a Total Offense Level of 23 and a Criminal History Category of I.  [PSR, ¶¶ 20-30, 32-35, 66-67].  The government agrees with this calculation.

For the reasons set forth in the PSR, and as will be addressed at the sentencing hearing, the government believes a sentence at the low end of the guideline range as calculated by the Court is the minimum sentence sufficient, but not greater than necessary, to comply with the purposes set

---

[1] The indictment also charges Ysrael Nunez in Counts One and Three, as well as in Count Two, which charges Defendant Nunez with distribution of and possession with intent to distribute fentanyl, in violation of 21 U.S.C. § 841(a)(1).  Defendant Baez-Zapata is not charged in Count Two.

forth in 18 U.S.C. § 3553.

## Conclusion

For the reasons set forth herein, as detailed in the PSR, as well as will be addressed at the sentencing hearing, the government believes that a sentence of 46 months imprisonment (at the low end of the guideline range as calculated in the PSR), followed by two years of supervised release, is the minimum sentence sufficient, but not greater than necessary, to comply with the purposes set forth in 18 U.S.C. § 3553.

DATED: September 23, 2021

                                            Respectfully submitted,

                                            NATHANIEL R. MENDELL
                                            Acting United States Attorney

                      By:    */s/ Alathea E. Porter*
                             Alathea E. Porter
                             Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2021, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                            */s/ Alathea E. Porter*
                                            Alathea E. Porter
                                            Assistant U.S. Attorney